IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FANNIE MAE, § § *Plaintiff*, § § v. § § CAPITAL SENIOR LIVING PROPERTIES 2 – GRAMERCY, INC., CSL BRIDLE BROOK, LLC, CSL CANTON GA, LLC, CSL CHARLESTOWN, LLC, CSL DILLON POINTE SC, LLC, CSL FORT WAYNE LLC, CSL HARBOR COURT, LLC, CSL MIDDLETOWN, LLC, CSL OSHKOSH, LLC, CSL PEACHTREE LLC, CSL PLAINFIELD, LLC, CSL RICHMOND HEIGHTS, LLC, CSL ROANOKE, LLC, CSL WHITCOMB HOUSE, LLC, TRIAD SENIOR LIVING III, L.P., § § § § § § § § § § *Defendants*. § | Misc. No. 20-91425 CIVIL NO. 3:20-CV-2395-K (Pending in the Northern District of Texas, Dallas Division) |

## NOTICE OF FILING PURSUANT TO 28 U.S.C. § 754

Michael F. Flanagan, court-appointed Receiver for Defendants Capital Senior Living Properties 2-Gramercy, Inc., CSL Bridle Brook, LLC, CSL Canton GA, LLC, CSL Charlestown, LLC, CSL Dillon Pointe SC, LLC, CSL Fort Wayne LLC, CSL Harbor Court, LLC, CSL Middletown, LLC, CSL Oshkosh, LLC, CSL Peachtree LLC, CSL Plainfield, LLC, CSL Richmond Heights, LLC, CSL Roanoke, LLC, CSL Whitcomb House, LLC, Triad Senior Living, L.P. (together, "Defendants") in the above-captioned matter pending in the United States District Court for the Northern District of Texas, Dallas Division, files a copy of the following documents pursuant to 28 U.S.C. § 754:

Exhibit 1: Complaint (Dkt. 1 in 3:20-cv-2395-K); and

Exhibit 2: Agreed Order Appointing Receiver (Dkt. 8 in 3:20-cv-2395-K).

Respectfully submitted this 28th day of August, 2020.

s/ *Jeffrey D. Sternklar*
Jeffrey D. Sternklar (BBO #549561)
JEFFREY D. STERNKLAR LLC
26th Floor
225 Franklin Street
Boston, MA  02110

E-mail: jeffrey@sternklarlaw.com
Phone: 617-207-7800
Fax: 617-507-6530

**GRAY REED**

By: */s/ Jason S. Brookner*
JASON S. BROOKNER
Texas State Bar No. 24033684
LYDIA R. WEBB
Texas State Bar No. 24083758
LONDON ENGLAND
Texas State Bar No. 24110313

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
lwebb@grayreed.com
lengland@grayreed.com

**COUNSEL TO MICHAEL F. FLANAGAN, RECEIVER**